UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SAMUEL E. GRIFFITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | |
| CINEPOLIS USA, INC., and BRINKER INTERNATIONAL, INC., | ) ) ) | 3:20-CV-3455-G-BN |
| | ) | |
| Defendants. | ) | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case.  No objections were filed.  The District Court reviewed the proposed findings, conclusions, and recommendation for plain error.  Finding none, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The court therefore **GRANTS IN PART** and **DENIES IN PART** the defendant Brinker International, Inc.'s motion to dismiss (docket entry 15).  And this case is **RETURNED** to the Magistrate Judge for further pretrial management.

**SO ORDERED**.

February 8, 2022.

_____
**A. JOE FISH
Senior United States District Judge**