UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SAMUEL E. GRIFFITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | |
| CINEPOLIS USA, INC., and BRINKER INTERNATIONAL, INC., | ) ) ) | 3:20-CV-3455-G-BN |
| | ) | |
| Defendants. | ) | |

# JUDGMENT

The court having granted the motion to dismiss the amended complaint under Federal Rule of Civil Procedure 12(b)(6) (docket entry 30) filed by the defendant USA Cinema Services LLC, incorrectly named as Cinepolis USA, Inc., expressly determines under Federal Rule of Civil Procedure 54(b) that, as to this defendant, there is no reason to delay entry of judgment. It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that judgment is entered **DISMISSING** the plaintiff Samuel E. Griffith's claims against this defendant **WITH PREJUDICE**.

January 31, 2023.

_____
**A. JOE FISH**
**Senior United States District Judge**